JIMMIE MEADOWS V. THE STATE.

No. 21151. Delivered June 12, 1940.
Rehearing Denied October 16, 1940.

The opinion states the case.

*Ted Chilcote,* of Tyler, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, Judge.
The offense is robbery; the punishment, confinement in the penitentiary for ten years.
The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

The foregoing opinion of the Commissioners of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

### ON MOTION FOR REHEARING.

KRUEGER, Judge.
We have re-examined the record in the light of the motion for rehearing filed by appellant and reached the conclusion that the proper disposition of the appeal was made upon the original submission. The motion is therefore overruled.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.